IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| Trentavious Donyon Brown, Sr. | : | Chapter 13 |
| Lorietta Antionette Brown, | : | |
| | : | |
| Debtors. | : | Case No. 11-52758-jps |
| | : | |
| SS# xxx-xx-1488 | : | |
| SS# xxx-xx-6191 | | |

## NOTICE OF TIME TO RESPOND TO
## DEBTOR(S) MODIFIED CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN PURSUANT TO M.D.GA LBR 4003-1(b) THAT THE DEBTOR(S) IN THE ABOVE STYLED CASE HAS/HAVE FILED PAPERS WITH THE COURT TO MODIFY HIS/HER/THEIR CHAPTER 13 PLAN, A COPY OF WHICH IS HERETO ATTACHED.

**YOUR RIGHTS MAY BE AFFECTED.** YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO APPROVE THE DEBTOR(S) MODIFIED CHAPTER 13 PLAN AS PROPOSED OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE PROPOSED MODIFICATION, THEN YOU OR YOUR ATTORNEY MUST OBJECT TO THE SAME IN WRITING AND MUST FILE THE ORIGINAL OBJECTION WITH THE COURT ON OR BEFORE NOVEMBER 9, 2011. THE WRITTEN RESPONSE SHOULD BE SENT TO **THE CLERK OF THE COURT, 433 CHERRY STREET, P.O. BOX 1957, MACON, GA 31202. YOU MUST BOTH FILE A RESPONSE AND ATTEND THE CONFIRMATION HEARING ON NOVEMBER 17, 2011 AT 1:30 P.M. AT THE UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, COURTROOM "A", 433 CHERRY STREET, MACON, GA 31202.**

IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE OBJECTION OR RESPONSE ON OR BEFORE THE RESONSE DATE STATED ABOVE. AND MUST SERVE A COPY OF SAID OBJECTION ON THE ATTORNEY FOR THE DEBTOR, DAVID JUDAH, AT POST OFFICE BOX 1082, MACON, 31202, AND TO ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MODIFICATION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

DATED: 10/18/11

DAVID JUDAH 405605
ATTORNEY FOR DEBTOR(S)
P. O. BOX 1082
MACON, GA 31202
(478) 745-7731

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| Trentavious Donyon Brown, Sr. | : | Chapter 13 |
| Lorietta Antionette Brown, | : | |
| | : | |
| Debtors. | : | Case No. 11-52758-jps |
| | : | |
| SS# xxx-xx-1488 | : | |
| SS# xxx-xx-6191 | | |

## MODIFIED CHAPTER 13 PLAN

    The Debtors modify their chapter 13 plan as follows: the plan shall extend for fifty-seven (57) months and unsecured creditors will receive an estimated dividend of 10%.


Date: 10/17/11                                           /S/ <u>Trentavious Donyon Brown, Sr.</u>
                                                                         Trentavious Donyon Brown, Sr., Debtor


                                                                         /S/ <u>Lorietta Antionette Brown.</u>
                                                                         Lorietta Antionette Brown, Debtor

# United States Bankruptcy Court
## Middle District of Georgia

In re: Trentavious Donyon Brown, Sr.
Lorietta Antionette Brown

Case No. 11-52758
Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2011, a copy of Modified Chapter 13 Plan w/notice was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Best Buy Co., Inc.
Attn: Bankruptcy Department
P. O. Box 15521
Wilmington, DE 19850-5521

Bibb County Tax Commissioner
P.O. Box 4503
Macon, GA 31208

BMW Bank Of North America
P.O. Box 78066
Phoenix, AZ 85062

Camille Hope, Trustee
Office of the Chapter 13 Trustee
P. O. Box 954
Macon, GA 31202

Capital One
Attn: Bankruptcy Department
P. O. Box 30285
Salt Lake City, UT 84130-0285

Citifinancial
Attn: Bankruptcy Department
4634 Presidential Parkway, North
Macon, GA 31206-8721

Georgia Department of Revenue
Attn: Bankruptcy Department
1800 Century Blvd NE; Ste 17200
Atlanta, GA 30345

Harley Davidson Credit
P.O. BOX 15129
Palatine, IL 60055

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Marks & Morgan
Attn: Bankruptcy Department
P.O. Box 740425
Cincinnati, OH 45274

McCurdy & Candler
Suite 700
Six Piedmont Center
Atlanta, GA 30305

Nationstar Mortgage
Attn: Bankruptcy Department
350 Highland Drive
Lewisville, TX 75067

Santander Consumer USA
ATTN: Bankruptcy Department
POST OFFICE BOX 560284

Dallas, TX 75356

Wells Fargo
Attn: Bankruptcy Department
P. O. Box 348750
Sacramento, CA 95834

/s/ David Judah
David Judah 405605
David Judah, Attorney at Law, LLC
P.O. Box 1082
Macon, GA 31202
478-745-7731Fax:478-745-8241
judahlaw@bellsouth.net